**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, James V. Richardson, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.  I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2009 and am currently assigned to the office of the Resident Agent in Charge (RAC), Providence, RI. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center in Brunswick, GA, and as a member of the Rhode Island Internet Crimes Against Children (ICAC) Task Force conducting these types of investigations. I have investigated child pornography cases and related sexual offenses on a full-time basis since approximately January 2010. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have conducted and assisted in conducting numerous investigations into the violation of both state and federal laws relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over the Internet. I have reviewed hundreds of images and videos of actual and suspected child pornography, child

erotica, and obscene visual representations of the sexual abuse of children. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252A, and I am authorized by law to request a search warrant.

2.   This affidavit is submitted in support of an application for a criminal complaint charging SAMUEL E. MAIGRET, (D.O.B. xx/xx/1996) ("MAIGRET") with receiving and distributing child pornography in violation of 18 U.S.C. 2252(a)(2) and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

3.   On September 27, 2021, I applied for search warrants to search MAIGRET, the premises at 413 Grand Avenue, Pawtucket, RI 02861 and the content of any electronic media storage devices. I submitted an affidavit in support of the search warrant applications. That affidavit is attached to this affidavit as Exhibit A and incorporated by reference and restated herein for purposes of this affidavit.

4.   On September 29, 2021, the MAIGRET/413 Grand Avenue search warrants were executed by me and other members of HSI and ICAC. Dennis White, MAIGRET's cousin and roommate, was in the residence and provided agents entry to perform the search. MAIGRET had already left for work before the search warrant was executed at the residence.

5.   Rhode Island State Police (RISP) Detective Adam Houston, RISP Detective Ian Andrade and I responded to MAIGRET's employer, QinetiQ North America located in Franklin, MA, to execute the search warrant for MAIGRET's person and to speak

with MAIGRET. MAIGRET was located at QinetiQ North America and accompanied us into a conference room. MAIGRET was advised of his Miranda rights. MAIGRET signed the advice of rights form and agreed to voluntarily speak with us. MAIGRET then proceeded to state, among other things the following:

- MAIGRET admitted to having and using the email address of samuelmaigret@yahoo.com, which is the email account associated with his Coinbase account referenced in Attachment A.
- MAIGRET admitted to using his Coinbase account to purchase access to dark websites which contained child pornography.
- MAIGRET admitted that law enforcement would find a Lenovo laptop computer and external hard drive in his bedroom at his residence and that both contain files of child pornography.
- MAIGRET stated that his definition of child pornography was sexual activity with anyone under the age of 18 and that he knew child pornography was illegal.
- MAIGRET admitted that he is sexually attracted to children 5 years of age and younger. MAIGRET further admitted that he is a pedophile and has a problem with child pornography.
- MAIGRET admitted that he has been viewing child pornography since around the age of 14 and that he has been downloading child pornography from the dark web for approximately 18 months.

- MAIGRET admitted to receiving and distributing child pornography using the Wickr and Telegram applications.
- MAIGRET admitted that he is also sexually attracted to animals, specifically dogs. MAIGRET described a video that we would find on his laptop computer and/or cell phone. MAIGRET described the video as a dog that was killed by a sexual assault on the dog by inserting things into the dog such as a wooden stake and multiple dildos.

6. MAIGRET had a Samsung cell phone (Model SM-G950U/Serial Number RF8K119G3GF) in his pocket at the time of the interview. MAIGRET turned the phone over to me and stated that it did not require a passcode. I conducted a cursory search of MAIGRET's cell phone and identified multiple files of child pornography on the cell phone.

7. RISP Forensic Analyst (FA) Robert Cardente conducted an on-scene forensic preview of MAIGRET 's Western Digital My Passport external hard drive (Serial Number 030618439705) while at MAIGRET's residence. The hard drive was found in the room that MAIGRET's roommate, Dennis White, said belonged to MAIGRET, and agents found papers tied to MAIGRET in that room. Also, during the course of the aforementioned interview of MAIGRET, he identified this room as his. FA Cardente observed approximately fifteen (15) videos with names consistent with child pornography. One particular video, "2016_diaper 23M", was stored on the external hard drive. This video file was compilation of videos depicting adult males engaged in sexual acts with infants.

8. Based on the above, I believe there is probable cause to arrest SAMUEL E. MAIGRET for knowingly receiving and distributing child pornography in violation of 18 U.S.C. 2252(a)(2); and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

James V. Richardson
Special Agent
Homeland Security

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

September 29, 2021
*Date*

*Judge's signature*

Providence, RI
*City and State*

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*